UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:17-CR-46-6FL

| | |
|---|---|
| UNITED STATES OF AMERICA )  ) vs. ) ) ) MARIO MARELLE SCOTT, ) Defendant ) | **ORDER TO SEAL** |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 250 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 6th day of May, 2019.

_____
The Honorable Louise W. Flanagan
United States District Judge