UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:17-CR-46-6FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| ) | |
| MARIO MARELLE SCOTT, ) | |
| Defendant ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 288 be sealed until such time as requested to be unsealed by Defense Counsel..

This the __7th__ day of __August__, 2019.

_____
Louise W. Flanagan
Honorable United States District Court Judge