# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mario Marelle Scott                      Docket No. 4:17-CR-46-6FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Mario Marelle Scott, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 25th day of October, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 11, 2019, the defendant tested positive for marijuana, hydrocodone, and oxymorphone. When confronted he admitted to taking medication that was not prescribed to him. He is currently in substance abuse treatment. We recommend the court allow the defendant to remain on pre-trial release with the following added condition.

1. The defendant must adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

AUSA Lemmon and Defense Attorney Myron Hill were both contacted. Neither party had an objection to the above condition being added.

**PRAYING THAT THE COURT WILL ORDER**

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.                  /s/ Jonathan A. Holmes
Van R. Freeman, Jr.                       Jonathan A. Holmes
Deputy Chief U.S. Probation Officer      U.S. Probation Officer
                                                   310 New Bern Avenue, Room 610
                                                   Raleigh, NC 27601-1441
                                                   Phone: 9196104087
                                                   Executed On: September 20, 2019

Mario Marelle Scott
Docket No. 4:17-CR-46-6S
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the 4th day of October, 2019, and ordered filed and made part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge

cc: AUSA Scott A. Lemmon
     Myron T. Hill Jr., Defense Counsel